IN THE MATTER OF THE PROBATE OF THE ALLEGED WILL OF GLADYS E. MARINUS, A/K/A GLADYS E. NADEAU, DECEASED.

July 23, 1985.

Petition for certification denied.   (See 201 *N.J.Super.* 329)

ANNA GEARY v. BETTY J. HASSEL.

July 23, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. DAVID A. STUCKS.

July 23, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. CHESTER BODY.

July 23, 1985.

Petition for certification denied.